**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 96-31105
_____


LINDA S. JOHANSEN; NEAL ROSS JOHANSEN,

                                        Plaintiffs-Appellants,


VERSUS


STATE OF LOUISIANA, Department of Public Safety & Corrections,

                                        Defendant-Appellee.


_____

Appeal from the United States District Court
For the Middle District of Louisiana
(95-CV-1672-A-M2)
_____


July 9, 1997
Before DUHÉ and BARKSDALE, Circuit Judges and COBB[1], District Judge.

PER CURIAM:[2]

    AFFIRM.  See 5TH CIR. R. 47.6.

_____

    [1]District Judge of the Eastern District of Texas, sitting by designation.

    [2]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.